# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE TENTH CIRCUIT

_____

| | |
|---|---|
| IN RE PETER GEORGE MARTIN,<br><br>Debtor.<br>_____<br><br>PETER GEORGE MARTIN,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>INTERNAL REVENUE SERVICE,<br><br>Defendant - Appellant. | BAP No. CO-12-099<br><br><br>Bankr. No. 10-37360<br>Adv. No. 11-01536<br>Chapter 7<br><br><br>ORDER TRANSFERRING APPEAL<br>TO U.S. DISTRICT COURT<br><br>December 27, 2012 |

_____

The matter before the Court is the Statement of Election to Have Appeal Heard by District Court ("Election") filed by Charles S. Parnell ("Appellee"). In the Election, Appellee has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

(1) This appeal is transferred to the United States District Court.

(2) Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3) This Court's record is transmitted to the United States Bankruptcy Court.

For the Panel:

Blaine F. Bates
Clerk of Court