IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-3380-AP**

**In re: PETER GEORGE MARTIN**

       Debtor.

**PETER GEORGE MARTIN,**

       Plaintiff-Appellee,

v.

**UNITED STATES OF AMERICA,**

       Defendant-Appellant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion for Extension of Brief Filing Deadlines (doc. #9) and the Joint Motion to Consolidate Briefing Deadlines (doc. #11) are **GRANTED**.  Appellant's opening brief is due on or before February 19, 2013; Appellee's response brief is due March 5, 2013; Appellant's reply brief, if any, is due March 19, 2013.

Dated:  January 23, 2013